UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA D. BOUCHER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 8-151-P-S |
| | ) |
| HOPE LEBLANC, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983, and seeks leave to proceed in forma pauperis. On May 15, 2008, I reserved ruling on Plaintiff's Application to Proceed In Forma Pauperis because the second page of the application was missing and her trust account was not certified by an authorized individual of the institution in which Plaintiff is incarcerated. I further ordered that Plaintiff was to correct these omissions by June 2, 2008. On May 22, 2008, Plaintiff filed another Application to Proceed In Forma Pauperis which again is incomplete as the application is on a State of Maine form and her trust account is not certified. I will allow Plaintiff one last opportunity to correct her application. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... obtained from the appropriate official of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file

an Amended Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than June 13, 2008, failing which I will issue a recommendation that this matter be dismissed for lack of prosecution.

    *SO ORDERED*

    May 23, 2008

                                        /s/ Margaret J. Kravchuk
                                        U.S. Magistrate Judge