UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **MELISSA D. BOUCHER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil No. 08-151-P-S |
| ) | |
| **HOPE LEBLANC, et al,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 19, 2009, her Recommended Decision (Docket No. 54). Plaintiff filed her Objection to the Recommended Decision (Docket No. 55) on September 1, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 44) is **GRANTED**.

/s/George Z. Singal
George Z. Singal
Judge, United States District Court

Dated: September 22, 2009